| | |
|---|---|
| 1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>   A Limited Liability Partnership<br>2    Including Professional Corporations<br>   CARLO F. VAN DEN BOSCH, Cal. Bar No. 185207<br>3  cvandenbosch@sheppardmullin.com<br>   GAZAL POUR-MOEZZI, Cal. Bar No. 285932<br>4  gpour-moezzi@sheppardmullin.com<br>   650 Town Center Drive, 4th Floor<br>5  Costa Mesa, California 92626-1993<br>   Telephone:  714.513.5100<br>6  Facsimile:   714.513.5130<br>7  Attorneys for Plaintiff<br>   HANS DRAKE INTERNATIONAL<br>8  CORPORATION | JS-6 |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| HANS DRAKE INTERNATIONAL CORPORATION, a California corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>OPTIMUM HEALTH DISTRIBUTING, INC., a California corporation, BAHER ABDELGAWAD, an individual, and DOES 1-10, inclusive,<br><br>         Defendants. | Case No. 8:13-cv-01659-JVS (DFMx)<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>[*Filed concurrently with Stipulation of Dismissal with Prejudice*]<br><br>Judge:  Hon. James V. Selna |
| OPTIMUM HEALTH DISTRIBUTING, INC., a California corporation,<br><br>         Counterclaimant,<br><br>    v.<br><br>HANS DRAKE INTERNATIONAL CORPORATION, a California corporation,<br><br>         Counter-defendant. | |

-1-

SMRH:428630001.2                                           STIPULATION OF DISMISSAL WITH PREJUDICE

-2-

1   In accordance with the Stipulation of the parties pursuant to Fed. R. Civ. P. 41, and with good cause appearing therefor, the Court orders as follows:

IT IS HEREBY ORDERED THAT any and all claims and counterclaims between plaintiff and counterdefendant Hans Drake International Corporation and defendants and counterclaimants Optimum Health Distributing, Inc. and Baher Abdelgawad in the above-captioned action are hereby dismissed with prejudice. Each party shall bear its own costs and fees incurred in this lawsuit.

IT IS SO ORDERED.

Dated:  August 12, 2014

_____
Hon. James V. Selna
United States District Judge